United States Court of Appeals

For the Eighth Circuit

_____

No. 21-1196

_____

Autumn Roberson

*Plaintiff - Appellant*

v.

CrawlSpace Solutions of Arkansas; John Cossey; Bridgett Cossey

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Central

_____

Submitted: October 13, 2021
Filed: October 18, 2021
[Unpublished]

_____

Before LOKEN, GRUENDER, and ERICKSON, Circuit Judges.

_____

PER CURIAM.

In this employment action, Autumn Roberson challenges the district court's[1] adverse grant of summary judgment. After careful review of the record and the

---

[1]The Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas.

parties' arguments on appeal, we find no basis for reversal.  See Schaffhauserv. UPS, Inc., 794 F.3d 899, 902 (8th Cir. 2015) (standard of review).  Accordingly, we affirm. See 8th Cir. R. 47B.

_____